GARCIA, SCHNAYERSON & THOMPSON
ATTORNEYS AT LAW
225 West Winton Avenue, Suite 208
Hayward, California  94544
(510) 887-7445

JESSE J. GARCIA (SBN 61223)
Attorney for Defendant
PABLO FARIAS-SEGURA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CR-06-00441-GEB |
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| vs. | ) | [PROPOSED] ORDER |
| | ) | |
| | ) | |
| PABLO FARIAS-SEGURA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

  IT IS HEREBY STIPULATED between the parties, Plaintiff United States of America, by and through United States Attorney McGregor W. Scott and Assistant United States Attorney Jill Thomas, and Defendant Pablo Farias-Segura thorough his attorney Jesse J. Garcia, as follows:

  Defendant Farias-Segura and the United States submit that the ends of justice are served by the Court excluding such time, in order to permit the

counsel a reasonable time for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161 (h)(8)(B)(iv). In particular, defense counsel has recently received the initial discovery in this matter and additional time is needed to review the discovery. There is also additional discovery outstanding that has yet to be produced to the defendant, including wiretap recordings. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

It is agreed that the status conference date of June 20, 2008 be vacated and that a new status conference date of June 27, 2008, at 9:00 a.m. be set.


Dated: June 17, 2008          /s/ Jesse J. Garcia
                              JESSE J. GARCIA
                              Attorney for Defendant
                              PABLO FARIAS-SEGURA

Dated: June 17, 2008          /s/ Jill Thomas
                              Authorized to sign for
                              JILL THOMAS
                              Assistant United States Attorney
                              on 6/17/2008

## ORDER

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the status conference currently set for June 20, 2008, be vacated an a new status conference be scheduled on June 27, 2008, at 9:00 a.m., and the time under the Speedy Trial Act should be excluded from today's date to June 27, 2008, under Local Code T4, Title 18, United States Code Section 3161 (h)(8)(B)(iv).  The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated:  June 17, 2008

```
                              GARLAND E. BURRELL, JR.
                              United States District Judge
```